UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/2026_____

---

DOMENICO BROCCOLI,

                    Plaintiff,

    -against-

U.S. DEPARTMENT OF JUSTICE,

                    Defendant.

No. 23 Civ. 9535 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

On February 25, 2026, this Court issued an Order to Show Cause setting a deadline of March 25, 2026 for Plaintiff to respond in writing and show cause why this case should not be dismissed for want of prosecution, and directing Plaintiff to comply or risk dismissal. (ECF No. 12.) The Order was entered on the docket and served via ECF upon Plaintiff. No response to the Order to Show Cause was filed, and no further communication has been received from Plaintiff.

Therefore, this case is dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

Dated: April 3, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge